### THE PEOPLE *v.* COLÓN.

APPEAL from the District Court of Guayama.

No. 73.—Decided May 11, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—Where there is no bill of exceptions or statement of facts, and it not appearing from the record that any error has been committed which would warrant the reversal of the judgment appealed from, the same must be affirmed.

CONTINUANCE OF TRIAL.—Where it does not appear from the transcript of the
record what the reasons were upon which a motion filed by the defendant
praying for a continuance was based, it must be presumed that the order
overruling the motion was in accordance with law, and such an order can not
be attacked on appeal.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE FIGUERAS delivered the opinion of the court.

This is an appeal taken by Rogelio Colón from a judg-
ment of the District Court of Guayama by which he was sen-
tenced for the crime of seduction to pay a fine of $150, or in
default thereof, to be imprisoned in the district jail for 150
days, and to pay the costs.

The defendant was duly accused by information of the
crime referred to which was committed as follows: .

"The said Rogelio Colón on the night of June 10, 1906, in Santa
Isabel, under and by virtue of a promise of marriage, seduced Mer-
cedes Daroca Vélez, theretofore chaste, having sexual intercourse
with her."

The defendant pleaded not guilty and asked to be tried
by a court of law. The trial having been held, the court,
after hearing the information, the plea of the defendant, the
documentary evidence introduced by the *fiscal* the testimony
of the witnesses for both sides, and the arguments, found
him guilty on December 20, 1906, and as no cause was shown
why judgment should not be pronounced, sentenced him on
the 22d of said month as stated.

There was no bill of exceptions or statement of facts, nor
has any allegation been made in this Supreme Court on behalf
of the appellant.

The record shows an exception to the decision of the court
denying the suspension of the proceedings, but as the grounds
upon which the motion of the defense was based do not
appear, it must be assumed that the said decision denying
the suspension conformed to the law.

As is observed, no legal question is raised, nor does the record show any ground for the reversal or modification of the judgment appealed from, and consequently, it should be affirmed because the penalty imposed being so insignificant, it can be clearly seen that the only purpose of the appellant is to delay the execution of the judgment of conviction.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, MacLeary and Wolf concurred.